# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Petitioner,<br>vs.<br>ANY AND ALL FUNDS IN UBS AG,<br>ACCOUNT NUMBER XXXX1138, *et al.*,<br><br>                              Respondents. | CIVIL ACTION NO. 1:13-CV-761 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following hereby enters his appearance as counsel for Claimant UBS AG, acting through its New York and/or Miami Branches:

>Paul E. Coggins
>LOCKE LORD LLP
>2200 Ross Avenue, Suite 2200
>Dallas, TX 75201
>Telephone: (214) 740-8000
>Fax: (214) 740-8800
>pcoggins@lockelord.com

DATED: October 22, 2013

>Respectfully submitted,
>
>/s/ Paul E. Coggins
>Paul E. Coggins
>State Bar No. 04504700
>LOCKE LORD LLP
>2200 Ross Avenue, Suite 2200
>Dallas, TX 75201
>(214) 740-8000 (phone)
>(214) 740-8800 (fax)
>pcoggins@lockelord.com
>
>ATTORNEYS FOR CLAIMANT UBS AG,
>ACTING THROUGH ITS NEW YORK
>AND/OR MIAMI BRANCHES

## **CERTIFICATE OF SERVICE**

       I hereby certify that, on the ___ day of October, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court of the CM/ECF system will send notification of this filing to all CM/ECF participants. Accordingly, all parties are served in accordance with applicable rules.

                                            /s/ Paul E. Coggins
                                            Paul E. Coggins