<600>
MARTIN, PRINGLE, OLIVER
  WALLACE & BAUER, L.L.P.
100 N. Broadway, Suite 500
Wichita, Kansas 67202
316-265-9311
mgjones@martinpringle.com



**FILED**

NOV 1 9 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KKC
                            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. A-13-C-761 |
| | ) | |
| ANY AND ALL FUNDS IN UBS AG, | ) | |
| ACCOUNT NUMBER XXXX1138, | ) | |
| | ) | |
| ANY AND ALL FUNDS IN UBS AG, | ) | |
| ACCOUNT NUMBER XXXX3021 | ) | |
| | ) | |
| ANY AND ALL FUNDS IN UBS AG, | ) | |
| ACCOUNT NUMBER XXXX4555, | ) | |
| | ) | |
| ANY AND ALL FUNDS IN UBS AG, | ) | |
| ACCOUNT NUMBER XXXX4565, | ) | |
| | ) | |
| 2005 RAYTHEON AIRCRAFT | ) | |
| COMPANY HAWKER 800 XPi | ) | |
| REGISTRATION NO. N824LX | ) | |
| SERIAL NO. 258740, AND THE | ) | |
| RECORDS RELATED THERETO, | ) | |
| INCLUDING BUT NOT LIMITED TO: | ) | |
| AIRFRAME AND POWER PLANT | ) | |
| APPLIANCE RECORDS, CURRENT | ) | |
| AIRCRAFT INSPECTION STATUS | ) | |
| RECORDS, HISTORICAL AIRCRAFT | ) | |
| MAINTENANCE RECORDS AND | ) | |
| MAINTENANCE RECORDS AND | ) | |
| ALL AIRCRAFT LOG BOOKS, | ) | |
| | ) | |
| 2005 RAYTHEON AIRCRAFT | ) | |
| COMPANY BEECHCRAFT | ) | |

| | |
|---|---|
| KING AIR B200, REGISTRATION NO. XA-RDJ; SERIAL NO. BB-1907, AND THE RECORDS RELATED THERETO, INCLUDING BUT NOT LIMITED TO: AIRFRAME AND POWER PLANT APPLIANCE RECORDS, CURRENT AIRCRAFT INSPECTION STATUS RECORDS, HISTORICAL AIRCRAFT MAINTENANCE RECORDS AND ALL AIRCRAFT LOG BOOKS, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Respondents. | ) |

## CLAIMANT HAWKER BEECHCRAFT GLOBAL CUSTOMER SUPPORT, L.L.C.'S ANSWER TO PETITIONER'S VERIFIED COMPLAINT FOR FORFEITURE

Claimant, Hawker Beechcraft Global Customer Support, L.L.C. d/b/a Hawker Beechcraft Services (hereinafter "HBS"), for its answer to the allegations set forth in the Verified Complaint for Forfeiture of petitioner, states as follows:

HBS is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 1 through 77 of the Verified Complaint for Forfeiture and therefore denies the same.

By way of further answer to Petitioner's Verified Complaint for Forfeiture, HBS asserts a claim of interest in the respondent property described as follows:

> 2005 Raytheon Aircraft Company Hawker 800 XPi; Registration No. N824LX Serial No. 258740, and the records related thereto, including but not limited to: airframe and power plant appliance records, current aircraft inspection status records, historical aircraft maintenance records and maintenance records and all aircraft log books (hereinafter "Aircraft 1")

> 2005 Raythoen Aircraft Company Beechcraft King Air B200; Registration No. XA-RDJ; Serial No. BB-1907, and the records related thereto, including but not limited to: airframe and power plant appliance records, current aircraft inspection status records, historical aircraft maintenance records and all aircraft log books (hereinafter "Aircraft 2").

HBS's claim arises from maintenance and repair services performed on both Aircraft 1 and Aircraft 2 for which HBS did not receive payment, and for interest accruing after the work was completed. HBS's claim is secured by a perfected mechanic's liens on Aircraft 1 and Aircraft 2.

### AFFIRMATIVE AND OTHER DEFENSES

All allegations not admitted herein are expressly denied.

HBS reserves the right to assert any affirmative defenses which are made known through discovery and incorporates by reference all relevant defenses asserted by any other claimant.

WHEREFORE, Claimant having fully responded to Petitioners Verified Complaint for Forfeiture herein, prays that its claims for services rendered and interest on those services be honored in accordance with the law and be paid from the proceeds of the sale of the two aircraft and for such other relief as the Court deems just, equitable, and proper.

By_____
Michael G. Jones, Kansas Bar #14511
*Attorney for Claimant HBS*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Notice of Claimant Hawker Beechcraft Global Customer Support, L.L.C.'s Answer to Petitioner's Verified Complaint for Forfeiture** was deposited in the United States mail, postage prepaid, on this 18th day of November, 2013, addressed to the following named person, to-wit:

>Diana Cruz-Zapata
>Assistant United States Attorney
>601 NW Loop 410,
>Ste. 600
>San Antonio, TX 78216
>*Attorney for Petitioner*
>
>Daniel M. Castillo
>Assistant United States Attorney
>816 Congress Avenue,
>Ste. 1000
>Austin, TX 78701
>*Attorney for Petitioner*
>
>Charles Flood & Chris Flood
>Flood & Flood
>914 Preston at Main – Suite 800
>Houston, TX 77002-1832
>*Attorneys for Claimants Francisco Colorado Cessa & Maria Emma Salman Rocha*
>
>Paul Coggins
>Locke Lord, L.L.P.
>2200 Ross Avenue, Suite 2200
>Dallas, TX 75201
>*Attorney for Claimant UBS AG*

_____
Michael G. Jones