IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CIVIL ACTION NO. A-13-CV-761 |
| ANY AND ALL FUNDS IN UBS AG, ACCOUNT NUMBER XXXX1138, | § § § | |
| ET AL., Defendants. | § § § | |

## ORDER ON
## EMERGENCY MOTION TO STAY PENDING APPEAL THE ORDER
## CONFIRMING INTERLOCUTORY PRIVATE JUDICIAL SALE OF
## RESPONDENT HAWKER AIRCRAFT

The Court, having considered Claimant Francisco Colorado Cessa's Emergency Motion to Stay Pending Appeal the Order Confirming Interlocutory Private Judicial Sale of Respondent Hawker Aircraft, [Doc. #71], finds that it should be **GRANTED**. Accordingly:

**IT IS ORDERED** that the Interlocutory Private Judicial Sale of Respondent Hawker Aircraft is **STAYED** pending appeal.

THUS DONE AND SIGNED, in Shreveport, Louisiana, this 25 day of ____, 2015.

DONALD E. WALTER,
UNITED STATES DISTRICT JUDGE